UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PROSPERO ALEXANDER GONZALEZ-RODRIGUEZ | No. 1:25-mj-00095-JCN |

**GOVERNMENT'S UNOPPOSED MOTION TO DISMISS COMPLAINT**

The United States of America moves, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss the complaint in the above-captioned matter relating to the Defendant, Prospero Alexander Gonzalez-Rodriguez.

On March 10, 2025, the Defendant was arrested and charged by complaint with Re-Entry of Removed Alien, in violation of 8 U.S.C. § 1326(a). On March 11, 2024, the Court held an initial appearance. (Dkt. # 6.) A preliminary hearing and detention hearing are set for March 18, 2025. (Dkt. # 10.)

The Government now moves to dismiss the complaint in the interest of justice. The Government respectfully submits that further prosecution of the Defendant is no longer in the interest of justice.

The Defendant, through counsel, has no objection to the Government's motion.

WHEREFORE, the Government respectfully requests that the Court dismiss the complaint issued against the Defendant in the above-captioned matter.

Date:  March 17, 2025	Respectfully submitted,

                                            CRAIG M. WOLFF
                                            Acting United States Attorney

                                            BY: */s/ Alisa Ross*
                                            Alisa Ross
                                            Assistant United States Attorney
                                            United States Attorney's Office
                                            202 Harlow Street, Room 111
                                            Bangor, ME  04401
                                            (207) 945-0373
                                            Alisa.Ross@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2025, I filed the Government's Unopposed Motion to Dismiss with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Kaylee Folster, Esq.
Counsel for the Defendant

CRAIG M. WOLFF
Acting United States Attorney

BY: */s/ Alisa Ross*
Alisa Ross
Assistant United States Attorney
United States Attorney's Office
202 Harlow Street, Room 111
Bangor, ME  04401
(207) 945-0373
Alisa.Ross@usdoj.gov