## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PROSPERO ALEXANDER<br>GONZALEZ-RODRIGUEZ | No. 1:25-mj-00095-JCN |

## ORDER ON GOVERNMENT'S UNOPPOSED
## MOTION TO DISMISS COMPLAINT

The United States of America moved, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss the complaint in the above-captioned matter relating to the Defendant, Prospero Alexander Gonzalez-Rodriguez.

Upon motion of the United States, with notice to the defendant, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the Motion to Dismiss Complaint is granted.

Dated: March 18, 2025

　　　　　　　　　　　　　　　　　　/s/ John C. Nivison
　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge